CSD 1547 [09/27/10]

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991
(619) 557-5620

**NOTICE OF CHANGE OF ADDRESS**

IN RE: _____ , Debtor

CASE NUMBER: _____

PLEASE NOTE: This form may not be used by the debtor to add creditors to schedules or mailing matrices. Use Local Form CSD 1100, AMENDMENT.

Check appropriate box below:

[ ] DEBTOR OR JOINT DEBTOR NAMED BELOW:

    NAME: _____ [ ] Debtor  [ ] Joint Debtor
              (Please print)

    NEW ADDRESS: _____
                     (New Street or Post Office Address)

                   _____
                     (City)        (State)        (ZIP Code)

    SIGNATURE: _____
                     (Attorney for) Debtor or Joint Debtor

[ ] CREDITOR NAMED BELOW:

    NAME: _____
              (Please print)

    NEW ADDRESS: _____
                     (New Street or Post Office Address)

                   _____
                     (City)        (State)        (ZIP Code)

    SIGNATURE: _____
                     (Attorney for) Creditor

CSD 1547